**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted December 14, 2006
Decided December 21, 2006

**Before**

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. JOEL M. FLAUM, *Circuit Judge*

Hon. MICHAEL S. KANNE, *Circuit Judge*

No. 04-2196

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee,* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | No. 02 CR 729-2 |
| PEDRO HERRERA, *Defendant-Appellant.* | David H. Coar, *Judge.* |

**O R D E R**

Pedro Herrera was convicted of conspiracy and attempted possession of cocaine and heroin and was sentenced to 360 months' imprisonment. *United States v. Carrillo*, 435 F.3d 767 (7th Cir. 2006). On appeal, we ordered a limited remand in light of our decision in *United States v. Paladino*, 401 F.3d 471 (7th Cir. 2005). *Carrillo*, 435 F.3d at 785. The district court has responded that he would have imposed the same sentence in this case had the Guidelines been advisory instead of mandatory. We invited the parties to file arguments addressing the district court's response but the deadline has passed without a response from Herrera. Herrera's sentence of 360 months' imprisonment is within the Guidelines range. We see no reason to say that this sentence is unreasonable and therefore the judgment is AFFIRMED.